ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD HUMENIK, | ) | |
| | ) | CASE NO. 4:04CV319 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| DIETRICH INDUSTRIES, | ) | ORDER |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Upon representation of counsel, the above-captioned matter has been settled. Although the parties may be working on reducing their agreement to writing, the Court finds no reason to leave this case pending on the docket. Accordingly, is hereby ORDERED that the case is dismissed without prejudice. Within thirty (30) days from the date of this Order, the parties may file a consent decree specifying additional settlement terms, including dismissal with prejudice. The Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

June 13, 2005 */s/ John R. Adams*
Date John R. Adams
U.S. District Judge